IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROBIN L. MCADAMS, Administratrix of
the Estate of Stephen C. McAdams; and
WANZEK CONSTRUCTION, INC.,

        Plaintiffs,

    vs.

MYRLE D. GILSDORF,  ANDREWS
VAN LINES, INC.,

        Defendants.

**4:11CV3117**

**ORDER**

IT IS ORDERED:

1)     The plaintiffs' unopposed motion to continue, (filing no. 94), is granted.

2)     The plaintiffs shall file their motion for summary judgment on the choice of law issue(s) by on or before October 15, 2012. Defendants' response and plaintiffs' reply thereto shall be filed on or before the deadlines set under Nebraska Civil Rules 7.0.1 and 56.1 (NECivR 7.0.1 and NECivR 56.1).

3)     A telephonic conference with the undersigned magistrate judge will be held on December 4, 2012 at 10:00 a.m. (CDT) to discuss the status of case progression, further scheduling, and potential settlement. Counsel for plaintiff shall place the call.

July 24, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge