IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROBIN L. McADAMS,
ADMINISTRATRIX OF THE ESTATE
OF STEPHEN C. McADAMS and
WANZEK CONSTRUCTION, INC.

      **Plaintiffs**  :

      v.  :  No. 4:11-cv-3117

        :

**MYRLE D. GILSDORF and**  :
**ANDREWS VAN LINESS, INC.,**

        :

      **Defendants**  :

**Order**

IT IS ORDERED:

The July 24, 2012 Scheduling Order is Modified as follows

1. The Plaintiff's Uncontested Motion To Extend The Deadline For Filing Plaintiff's Motion And Briefs On Issues Related To Conflicts Of Law Applicable To The Case is granted.

2. The date for filing of Plaintiff's motion for summary judgment on the choice of law issues is changed from October 15, 2012 to, on or before, October 31, 2012.

Dated : 9/28/2012

BY THE COURT:

*Cheryl R. Zwart*
Cheryl R. Zwart, M.J.